UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINIMIAH RAHMAN

VERSUS

GULF STATES INSURANCE COMPANY

CIVIL ACTION

23-835-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated October 11, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's Complaint (R. Doc. 1) is DISMISSED without prejudice on the basis that this Court lacks diversity jurisdiction under 28 U.S.C. § 1332.

Signed in Baton Rouge, Louisiana, on this 29 day of November, 2023.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.